UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
DANIEL A. PORTER          :    NO. 08-20249 REF
                          :    CHAPTER 7

**NOTICE OF MOTION OF TRUSTEE TO AUCTIONL ANNUITY PAYMENTS FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS  [11 USC §363(f)]
HEARING DATE:  OCTOBER 6, 2011 at 9:30 AM**
**NOTICE** is given that David A. Eisenberg, Trustee, has filed a Motion for Authority to Auction the Estate's Interests in a Structured Settlement Annuity, free and clear of all liens, claims, encumbrances and interests

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with an attorney.)
1.  If you do not want the Court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **September 23, 2011** attorney must do BOTH of the following things:
    (a) **FILE A RESPONSE OR OBJECTION** to the Application explaining your position with:    Clerk, United States Bankruptcy Court
                         The Madison Building
                         400 Washington Street, Ste. 300
                         Reading, PA 19601
If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;
    **AND (b) MAIL A COPY** of the documents to:
                         Howard Gershman, Esquire
                         Gershman Law Offices, PC
                         610 York Road, Suite 200
                         Jenkintown, PA 19046
                         Telephone No. 215.886.1120
                         Facsimile No. 2215.886.1118

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above  the Trustee will cause the Application to be presented to the Court as unopposed and the Court may enter an order granting the Application.
    If a copy of the Motion is not enclosed, a copy of it will be provided to you if you request a copy from Howard Gershman, Esquire.
3.  A **HEARING ON THE MOTION** is scheduled to be held before the Honorable Richard E. Fehling, on **October 6, 2011** at **9:30 am**  in Courtroom No. 1, United States Bankruptcy Court, Third Floor, The Madison Building, 400 Washington Street, Reading, PA 19601.
    5.  You may contact the Bankruptcy Court Clerk's office at (610) 320-5255 to find out whether the hearing has been canceled because no one filed an answer.    DATE: September 8, 2011